**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

UNITED STATES OF AMERICA,

Mg. 2007/0001

vs

Michael Fernandez

### MEMORANDUM RECORD OF PROCEEDING

Defendant appeared before George W. Cannon, Jr. U.S. Magistrate Judge on the 28th day of December 2007 at **2:30 pm** (time), (before) (after) the filing of the Warrant of Arrest from San Diego Ca in the above cause, a copy of which (was) (was not) given to the defendant. The defendant was informed of the complaint and constitutional rights and statutory rights including:

(X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X) Right to preliminary examination; (X) Right to bail.

The defendant was also advised that if he/she is unable to hire a lawyer that one would be provided without cost; You have a right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, You have the right to stop at any time they wish; You have a right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was) (was not) in custody.

### O R D E R

Upon the record of proceeding, it is hereby;

**ORDERED** THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:

- ☒ An unsecured Appearance Bond in the amount of $10,000.00, Custody and Bond.
- ☐ An Appearance Bond in the amount of $_____ with security of ten percent (10%) of the face amount of the bond.
- ☐ Bail Bond with one or more sureties or deposit of cash in lieu thereof, in the amount of $_____.
- ☐ Other conditions: _____

01/02/08 Advise of rights hearing held

Page 2
Minutes of Proceedings

Attorney _Federal Public Defender_ appointed to represent defendant.

You are to sign in at the U.S. Marshal's Office each Wednesday at 9:30 A.M., at District Court, located at 3013 Golden Rock, Christiansted, St. Croix.

Dated: 01/02/08

_____
George W. Cannon
U.S. Magistrate Judge

I certify that I truly and accurately interpreted the statement of the Judge from English to _____ a language which the defendant understands.

_____
Interpreter

Defendant's Date of Birth: _____ Age: _____
Residence Address: _____
Mailing Address: _____
City: _____
Island (State): _____
Home Phone: _____   Business Phone: _____
Arresting Officer: _____
Date of Arrest: _____

I certify that I received a copy of this Memorandum Record of Proceeding.

_____     _____